JS-6

GEORGE G. WEICKHARDT (SBN 58586)
PAMELA J. ZANGER (SBN 168350)
**ROPERS, MAJESKI, KOHN & BENTLEY PC**
201 Spear Street, Suite 1000
San Francisco, CA  94105
Telephone:  (415) 543-4800
Facsimile:   (415) 972-6301
Email:       gweickhardt@ropers.com

Attorneys for Defendant
CHASE BANK USA, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN MILLAN, | CASE NO.  CV07-02819 FMC (FFMx) |
| Plaintiff, | **[PROPOSED]** JUDGMENT |
| v. | |
| CHASE BANK USA, N.A., AS SUCCESSOR IN INTEREST TO BANK ONE DELAWARE NA, | |
| Defendant. | |

The Court, having granted on January 23, 2008, defendant Chase Bank USA, N.A.'s Motion to Confirm Arbitration Award and Motion to Dismiss (construed as a motion for summary judgment), hereby enters judgment as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.      The arbitration award of the National Arbitration Forum in favor of Chase Bank USA, N.A. and against Benjamin Millan, attached hereto as Exhibit A, is confirmed.

2.      Judgment in the above-referenced action is entered in favor of Chase Bank USA, N.A. and against plaintiff/cross-defendant Benjamin Millan.  Benjamin Millan's complaint is dismissed with prejudice, and he shall take nothing by this action.

CASE NO.  CV07-02819 FMC (FFMx)
RC1/5059927.1/WK1                           - 1 -                    [PROPOSED] JUDGMENT

1     3.     Chase Bank USA, N.A. shall recover its taxable costs.

Dated: February 12, 2008

FLORENCE-MARIE COOPER, JUDGE
UNITED STATES DISTRICT COURT

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco